UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRES RAMIREZ, ANKUR DATTA, BART ROBINSON, GERARD TAYLOR, JENNIFER KAY POWERS, MARISA NANCI GIANFORTUNE,<br><br>    Plaintiffs,<br><br>    v.<br><br>TWITTER, INC. and X CORP.,<br><br>    Defendants. | CIVIL ACTION NO. 1:25-cv-11207-PBS |

**JOINT STIPULATION REGARDING SETTLEMENT**

**JOINT STIPULATION**

Plaintiffs Andres Ramirez, Ankur Datta, Bart Robinson, Gerard Taylor, Jennifer Kay Powers, Marisa Nanci Gianfortune ("Plaintiffs") and Defendant X Corp., on its own behalf and as successor in interest to Defendant Twitter, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

1. On August 21, 2025, the Parties reached a settlement in principle regarding Plaintiff's claims in this action.

2. On September 2, 2025, the Parties notified the Court that the Parties reached settlement in principle of this matter, noting that they expected to file a stipulated dismissal under Rule 41 within the next 30 days.

3. On September 8, 2025, the Court conditionally dismissed the case without prejudice, and allowing 60 days for the Parties to file a notice if the settlement is not finalized before dismissing the case with prejudice.

4. As of this filing, the Parties have not finalized the settlement, but have made substantial progress and are working in good faith to diligently finalize the written settlement agreement.

5. The Parties now anticipate that the settlement agreement will be finalized by the end of February 2026.

WHEREFORE, the Parties respectfully request that the Court grant them until March 10, 2026, in which to file a motion to vacate the dismissal order should settlement not occur by that time.

Dated: November 7, 2025                     Respectfully submitted,

                                          PLAINTIFFS ANDRES RAMIREZ, ANKUR DATTA, BART ROBINSON, GERARD TAYLOR, JENNIFER KAY POWERS, MARISA NANCI GIANFORTUNE

*/s/ Shannon Liss-Riordan*
Shannon Liss-Riordan, BBO #64716
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email: sliss@llrlaw.com

Dated: November 7, 2025                     Respectfully submitted,

DEFENDANT X CORP. as successor in interest to TWITTER, INC.

*/s/ Keri L. Engleman*
Keri L. Engelman (BBO #704360)
MORGAN, LEWIS & BOCKIUS LLP
One Federal Street
Boston, MA 02110
T: (617) 341-7700
F (617) 341-7701
keri.engelman@morganlewis.com

2

## CERTIFICATE OF SERVICE

    I, Shannon Liss-Riordan, hereby certify that a true and accurate copy of this document was served on Defendants' counsel via the CM/ECF system on November 7, 2025.

                                                  */s/ Shannon Liss-Riordan*
                                                    Shannon Liss-Riordan